Adam S. Sieff*
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
adamsieff@dwt.com

Abigail B. Everdell*
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
Telephone: (212) 603-6468
abigaileverdell@dwt.com

David C. Reymann (UT Bar No. 8495)
Kade N. Olsen (UT Bar No. 17775)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
dreymann@parrbrown.com
kolsen@parrbrown.com

Ambika Kumar*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
ambikakumar@dwt.com

David M. Gossett*
Celyra I. Myers*
Azeezat Adeleke*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
Telephone: (202) 973-4200
davidgossett@dwt.com
celyramyers@dwt.com
azeezatadeleke@dwt.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| M.M., *by and through next friend* EMILY MCMASTER, N.G., *by and through next friend* ELISA PARDO, and J.S., *by and through next friend* ERIN SULLIVAN,<br><br>      *Plaintiffs*,<br><br>v.<br><br>DEREK BROWN, *in his official capacity as Utah Attorney General*, and KATIE HASS, *in her official capacity as Director of the Utah Division of Consumer Protection*,<br><br>      *Defendants*. | **STIPULATION OF VOLUNTARY DISMISSAL**<br><br>2:26-cv-00125-TC-DAO<br><br>Judge Tena Campbell<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through undersigned counsel,

hereby stipulate to dismissal of this action.

The parties stipulate and agree that the App Store Accountability Act, as recently amended by H.B. 498 (2026) (the "Act") does not authorize government enforcement of any of its provisions; rather, it creates only a private cause of action. Accordingly, Defendants do not have the authority, and will not seek, to enforce the Act directly or as an asserted basis for liability under any other statute or authority, including the common law. This stipulation does not limit Defendants' ability to enforce any other provision of Utah law independent of the Act.

DATED: April 21, 2026.

OFFICE OF THE UTAH ATTORNEY GENERAL

*/s/ Lance Sorenson (signed with permission)*
Lance Sorenson
Assistant Utah Attorney General
*Counsel for Defendants*

PARR BROWN GEE & LOVELESS

*/s/ Kade N. Olsen*
Kade N. Olsen
*Counsel for Plaintiff*

2